# ELECTRONIC RECORD

COA # 14-15-00163-CR

OFFENSE: Robbery

STYLE: Percy Benjamin Smith v The State of Texas

COUNTY: Brazoria

COA DISPOSITION: Dismissed

TRIAL COURT: 412th District Court

DATE: March 24, 2015   Publish: No

TC CASE #:65134-B

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Percy Benjamin Smith v The State of Texas

CCA # _____

____PRO SE____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

____STRUCK____

DATE: __08/26/2015__

JUDGE: __Per Curiam__

CCA Disposition: **375-15**

DATE: _____

JUDGE: _____

SIGNED: _____   PC: _____

PUBLISH: _____   DNP: _____

---------------------------

____PRO SE____ PETITION

FOR DISCRETIONARY REVIEW

IS _REFUSED_

DATE _11/04/2015_

____Per Curiam____
JUDGE

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**